652

Wm. F. STEER, Colonel, Infantry, United States Army, Provost Marshal, Central Pacific Area, Appellant, v. Fred SPURLOCK, Appellee.

No. 10827.

Circuit Court of Appeals, Ninth Circuit.

Nov. 6, 1944.

Writ of Certiorari Denied April 2, 1945.

See 65 S.Ct. 911.

J. Frank McLaughlin, Judge.

Edward Ennis, Director, Enemy Alien Control Unit, Dept. of Justice, of Washington, D. C., and G. D. Crozier, U. S. Atty., and Edward A. Towse, Asst. U. S. Atty., both of Honolulu, Hawaii, for appellant.

Brahan Houston, of Honolulu, Hawaii, for appellee.

Before WILBUR, DENMAN, MATHEWS, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Good cause therefor appearing, and upon the authority of the decision of this Court in Kahanamoku, Sheriff v. Duncan, and Steer v. White, 146 F.2d 576, it is ordered that a decree be filed and entered in this cause reversing the judgment of the District Court herein, and that the mandate of this Court in this cause issue as provided in Rule 28 of the Rules of this court.

STEPHENS, Circuit Judge, not participating in this order.

Chester BOWLES, Administrator, Office of Price Administration, Appellant, v. Bee RAY and Nathan Forbes, Doing Business as Superior Uniform Cap & Shirt Mfg. Co., Appellees.

No. 10699.

Circuit Court of Appeals, Ninth Circuit.

Jan. 5, 1945.

Rehearing Denied March 26, 1945.

Thomas I. Emerson, Deputy Adm'r for Enforcement, Fleming James, Jr., Director, Litigation Division, David London, Chief, Appellate Branch, and Albert Dreyer, Atty., OPA, all of Washington, D. C., W. Dunlap Cannon, Jr., Regional Litigation Atty. of San Francisco, Cal., and H. Eugene Breitenbach, District Enforcement Atty., OPA, of Los Angeles, Cal., for appellant.

Pearlson & Singer and Morris Lavine, all of Los Angeles, Cal., for appellee.

Before WILBUR, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

On the authority of Chester Bowles, Administrator, v. Glick Brothers Lumber Co., et al., 9 Cir., 146 F.2d 566, the judgment of dismissal is reversed.